# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAAJUDIN ELMAROUK, on behalf of himself and all similarly situated persons,<br><br>                    Plaintiff,<br><br>v.<br><br>ESTEE LAUDER INC., a Delaware corporation,<br><br>                    Defendants. | Case No. 4:25-cv-10938-HSG<br><br>**ORDER DENYING STIPULATION TO EXTEND DEFENDANT'S DEADLINE TO RESPOND TO COMPLAINT AND CONTINUE CASE MANAGEMENT CONFERENCE** |

1

ORDER

## ORDER

Pursuant to the Parties' Stipulation to Extend Defendant's Deadline to Respond to the Complaint and Continue Case Management Conference, the Declaration of Reuben D. Nathan in support thereof, and good cause appearing therefore, **IT IS HEREBY ORDERED THAT:**

1. Defendant's deadline to respond to Plaintiff's Complaint currently due on March 5, 2026, is extended to **May 4, 2026**.

2. The Case Management Conference currently set to be heard on March 31, 2026, is continued to **June 2, 2026**.

3. All deadlines related to the Case Management Conference set forth in the Clerk's Notice Setting Case Management Conference (ECF No. 10), this Court's Standing Order, the Civil Local Rules (including Local Rules 16-8 and 16-9), and the Federal Rules of Civil Procedure (including Fed. R. Civ. P. 26(f) and 26(a)(1)), are extended to track the new hearing date.

**IT IS SO ORDERED.**

DATED: _____3/6/2026_____



Hon. _____
United States District Judge

DENIED

Haywood S. Gilliam Jr.
Judge Haywood S. Gilliam Jr.