Reuben D. Nathan, Esq. (SBN 208436)
**NATHAN & ASSOCIATES, APC**
2901 W. Coast Hwy., Suite 200
Newport Beach, CA 92663
Office: (949) 270-2798
Email: rnathan@nathanlawpractice.com

Ross Cornell, Esq. (SBN 210413)
**LAW OFFICES OF ROSS CORNELL, APC**
40729 Village Dr., Suite 8 - 1989
Big Bear Lake, CA 92315
Office: (562) 612-1708
Email: rc@rosscornelllaw.com

Attorneys for Plaintiff TAAJUDIN ELMAROUK

*[Attorneys for Defendant on next page]*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAAJUDIN ELMAROUK, on behalf of himself and all similarly situated persons,<br><br>             Plaintiff,<br>v.<br><br>ESTEE LAUDER INC., a Delaware corporation,<br><br>             Defendants. | Case No.:  4:25-cv-10938-HSG<br><br>Hon. Haywood S. Gilliam, Jr.<br><br>**STIPULATION TO EXTEND DEADLINE TO FILE A STIPULATED DISMISSAL; [PROPOSED] ORDER** |

-1-                                    Case No.:  4:25-cv-10938-HSG

STIPULATION TO EXTEND DEADLINE TO FILE A STIPULATED DISMISSAL

JEFFER MANGELS & MITCHELL LLP
MATTHEW S. KENEFICK (Bar No. 227298)
mkenefick@jeffer.com
SEBASTIEN NGUYEN (Bar No. 340913)
snguyen@jeffer.com
333 Bush Street, 11th Floor
San Francisco, California 94104-2872
Telephone: (415) 398-8080
Facsimile: (415) 398-5584

Attorneys for Defendant ESTEE LAUDER INC., a Delaware corporation

STIPULATION TO EXTEND DEADLINE TO FILE A STIPULATED DISMISSAL

The Parties to the above-entitled action, Plaintiff, TAAJUDIN ELMAROUK, ("Plaintiff") and Defendant, ESTEE LAUDER INC., a Delaware corporation ("Defendant") (collectively, the "Parties"), by and through their attorneys of record, hereby stipulate as follows:

WHEREAS, on December 23, 2025, plaintiff TAAJUDIN ELMAROUK ("Plaintiff") filed this action against ESTEE LAUDER INC., a Delaware corporation ("Defendant") (ECF No. 1);

WHEREAS, on January 7, 2026, the Court set a Case Management Conference for March 31, 2026 (ECF No. 10);

WHEREAS, on January 13, 2026, Plaintiff served Defendant with the Summons and Complaint and filed the Return of Service on January 22, 2026 (ECF No. 11);

WHEREAS, on February 4, 2026, the Parties filed the Stipulation to Extend Defendant's Deadline to Respond to Complaint (ECF No. 12), extending Defendant's deadline to respond to the Complaint to March 5, 2026;

WHEREAS, on March 5, 2026, the Parties filed the Stipulation to Extend Defendant's Deadline to Respond to Complaint and Continue the Case Management Conference, Declaration of Reuben D. Nathan in support, and Proposed Order (ECF Nos. 14 – 14-2);

WHEREAS, on March 6, 2026, the Court issued its Order Denying the Parties' March 5, 2026 Stipulation (ECF No. 17);

WHEREAS, on March 6, 2026, Plaintiff filed the Notice of Settlement (ECF No. 18);

WHEREAS, on March 6, 2026, the Court set a Case Management Conference Re Docket No. 18 (ECF No. 19);

WHEREAS, on March 10, 2026, the Court held the Case Management Conference re Plaintiff's Notice of Settlement, at which the Court set a deadline of May 9, 2026, for the Parties to file a stipulated dismissal. On March 11, 2026, the Court issued the Minute Entry for Proceedings, reflecting the Court's deadline of May 9, 2026, to file a stipulated

dismissal and vacating the Case Management Conference scheduled on March 31, 2026 (ECF No. 21);

WHEREAS, the Parties submit that good cause exists for the requested extension herein. Defendant has not yet completed performance of its obligations under the settlement agreement, and the Parties require additional time to allow for such performance before a stipulated dismissal can be filed;

WHEREAS, the Parties require additional time to allow Defendant to complete performance, after which either (a) the Parties will file a stipulated dismissal if performance is complete, or (b) Plaintiff will file a motion to enforce the settlement if it is not;

WHEREAS, the Parties have not previously requested an extension of this deadline;

WHEREAS, this extension will not affect any other date or deadline in this action;

WHEREAS, the Parties agree that the interests of judicial economy and efficiency are best served by extending the deadline for a period of thirty days in order to allow either the Parties to file a stipulated dismissal or Plaintiff to file a motion to enforce the settlement; and

WHEREAS, pursuant to Local Rule 6-2(a), the Declaration of Reuben D. Nathan is filed concurrently herewith.

NOW THEREFORE, the Parties jointly stipulate and respectfully request that the Court extend the deadline by thirty days, to June 8, 2026, by which date either the Parties will file a stipulated dismissal or Plaintiff will file a motion to enforce the settlement.

**IT IS SO STIPULATED.**

/ / /

/ / /

-4-      Case No.: 4:25-cv-10938-HSG

STIPULATION TO EXTEND DEADLINE TO FILE A STIPULATED DISMISSAL

Dated: May 11, 2026

**NATHAN & ASSOCIATES, APC**

By: /s/ *Reuben D. Nathan*
Reuben D. Nathan
2901 West Coast Highway, Suite 200
Newport Beach, CA 92660
Telephone: (949)270-2798
E-Mail: rnathan@nathanlawpractice.com
*Attorneys for Plaintiff*

Dated: May 11, 2026

**JEFFER MANGELS & MITCHELL LLP**

By: /s/ *Matthew S. Kenefick*
Matthew S. Kenefick
333 Bush Street, 11th Floor
San Francisco, CA 94104
Telephone: (415) 398-8080
Fax: (415)398-5584
E-Mail: mkenefick@jeffer.com

*Attorneys for Defendant*

## CIVIL LOCAL RULE 5-1(i)(3) ATTESTATION

I, Reuben D. Nathan, attest that all other signatures listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  May 11, 2026

/s/ *Reuben D. Nathan*
Reuben D. Nathan

Case No.:  4:25-cv-10938-HSG

STIPULATION TO EXTEND DEADLINE TO FILE A STIPULATED DISMISSAL