Reuben D. Nathan, Esq. (SBN 208436)
**NATHAN & ASSOCIATES, APC**
2901 W. Coast Hwy., Suite 200
Newport Beach, CA 92663
Office: (949) 270-2798
Email: rnathan@nathanlawpractice.com

Ross Cornell, Esq. (SBN 210413)
**LAW OFFICES OF ROSS CORNELL, APC**
40729 Village Dr., Suite 8 - 1989
Big Bear Lake, CA 92315
Office: (562) 612-1708
Email: rc@rosscornelllaw.com

Attorneys for Plaintiff TAAJUDIN ELMAROUK

*[Attorneys for Defendant on next page]*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAAJUDIN ELMAROUK, on behalf of himself and all similarly situated persons,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ESTEE LAUDER INC., a Delaware corporation,<br><br>　　　　　Defendants. | Case No.:  4:25-cv-10938-HSG<br><br>Hon. Haywood S. Gilliam, Jr.<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO PLAINTIFF'S INDIVIDUAL CLAIMS AND WITHOUT PREJUDICE AS TO THE CLASS CLAIMS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

-1-　　　　　　　　　Case No.:  4:25-cv-10938-HSG

STIPULATION FOR DISMISSAL

JEFFER MANGELS & MITCHELL LLP
MATTHEW S. KENEFICK (Bar No. 227298)
mkenefick@jeffer.com
SEBASTIEN NGUYEN (Bar No. 340913)
snguyen@jeffer.com
333 Bush Street, 11th Floor
San Francisco, California 94104-2872
Telephone: (415) 398-8080
Facsimile: (415) 398-5584

Attorneys for Defendant ESTEE LAUDER INC., a Delaware corporation

STIPULATION FOR DISMISSAL

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), Plaintiff TAAJUDIN ELMAROUK and Defendant ESTEE LAUDER INC., a Delaware corporation, acting by and through their respective counsel of record, hereby stipulate to dismiss this action in its entirety with prejudice as to Plaintiff's individual claims and without prejudice as to the class claims, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own attorneys' fees and costs.

Dated: May 14, 2026

**NATHAN & ASSOCIATES, APC**

By: /s/ *Reuben D. Nathan*
Reuben D. Nathan
2901 West Coast Highway, Suite 200
Newport Beach, CA 92660
Telephone: (949)270-2798
E-Mail: rnathan@nathanlawpractice.com
*Attorneys for Plaintiff*

Dated: May 14, 2026

**JEFFER MANGELS & MITCHELL LLP**

By: /s/ *Matthew S. Kenefick*
Matthew S. Kenefick
333 Bush Street, 11th Floor
San Francisco, CA 94104
Telephone: (415) 398-8080
Fax: (415)398-5584
E-Mail: mkenefick@jeffer.com

*Attorneys for Defendant*

-3-                    Case No.:  4:25-cv-10938-HSG

STIPULATION FOR DISMISSAL

## CIVIL LOCAL RULE 5-1(i)(3) ATTESTATION

I, Reuben D. Nathan, attest that all other signatures listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  May 14, 2026

/s/ *Reuben D. Nathan*
Reuben D. Nathan

STIPULATION FOR DISMISSAL